**SARA M. PELOQUIN**
California State Bar No. 254945
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Sara_Peloquin@fd.org

Attorneys for Mr. Sanchez-Rodriguez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE CATHY A. BENCIVENGO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Case No. 08MJ0578-CAB |
| )  Plaintiff,                              ) | |
| )  v.                                         ) | **NOTICE OF APPEARANCE** |
| **JOSE SANCHEZ-RODRIGUEZ,**        ) | |
| )  Defendant.                            ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: March 6, 2008          /s/ *Sara Peloquin*
**SARA M. PELOQUIN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Sanchez-Rodriguez

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  March 6, 2008                              /s/  Sara Peloquin
                                                            **SARA M. PELOQUIN**
                                                            Federal Defenders of San Diego, Inc.
                                                            225 Broadway, Suite 900
                                                            San Diego, CA  92101-5030
                                                            (619) 234-8467  (tel)
                                                            (619) 687-2666  (fax)
                                                            Sara_Peloquin@fd.org